# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

KAREN YAMIRA BAEZ

Debtor

Chapter 13

Case No. 19-10004-BFK

### OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed January 28, 2019.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(4)** - Liquidation Test.
- Zillow values Debtor's property at $298,555.00, over $100,000.00 higher than Debtor's Schedule A valuation of $193,290.00.  Based on Zillow value, Debtor's 9% Plan would not meet liquidation test.

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
- Debtor has not provided for her 2018 tax liability.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court

**Notice of Objection To Confirmation**
Karen Yamira Baez, Case # 19-10004-BFK

will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 7, 2019 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.  A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste, 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _February 22, 2019_                    ___/s/ Thomas P. Gorman_____
                                                                      Thomas P. Gorman
                                                                      Chapter 13 Trustee
                                                                      300 N. Washington Street, #400
                                                                      Alexandria, VA 22314
                                                                      (703) 836-2226
                                                                      VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of February, 2019, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Karen Yamira Baez | Barry Weintraub |
| Chapter 13 Debtor | Attorney for Debtor |
| 1000 Pecan Lane | 32 Hayes Street |
| Fredericksburg, VA 22405 | Stafford, VA 22556 |

                                                                             ___/s/ Thomas P. Gorman_____
                                                                             Thomas P. Gorman